1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12  ZHEN WONG,                          )
                                        ) No. C 07-0531 JW
13          Plaintiff,                  )
                                        )
14          v.                          ) **STIPULATION TO DISMISS; AND
                                        ) [PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary of the  )
    Department of Homeland Security;    )
16  EMILIO T. GONZALEZ, Director,       )
    U.S. Citizenship and Immigration Services; )
17  CHRISTINA POULOS, Director,         )
    California Service Center, U.S.C.I.S.; )
18  ROBERT S. MUELLER, Director         )
    of Federal Bureau of Investigation, )
19                                      )
            Defendants.                 )
20                                      )

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

23  of the adjudication of Plaintiff's adjustment of status application.  The parties also request that the

24  Court vacate the hearing scheduled for September 10, 2007 on the parties' cross-motions for

25  summary judgment.

26      Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stipulation to Dismiss
C07-0531 JW                                 1

1 | Dated: June 19, 2007 | Respectfully submitted,
2 | | SCOTT N. SCHOOLS
  | | United States Attorney

                                            /s/
                                    ILA C. DEISS
                                    Assistant United States Attorney
                                    Attorney for Defendants

8 | Dated: June 19, 2007 |         /s/
                                    JUSTIN X. WANG
                                    Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   June 22, 2007

                                    _____
                                    JAMES WARE
                                    United States District Judge

Stipulation to Dismiss
C07-0531 JW                                    2